UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,                                     Criminal No: 07-30313
                                                        MAGISTRATE JUDGE STEVEN PEPE

v.

**LAWRENCE ROBINSON**

    Defendant.
_____/

## OPINION AND ORDER OF WITHDRAWAL

Based on the reasons stated in attorney Laurence C. Burgess' December 4, 2007, Motion to Withdraw, and as stated at the December 10, 2007, hearing on this matter, Mr. Burgess' Motion is GRANTED.

Notice shall be given to Defendant Robinson at his last known address, that if he wishes appointment of new counsel for pre-indictment negotiations with the government he should contact the Federal Defenders Office.

SO ORDERED.

                                                   _s/Steven D. Pepe_____
                                                   HON. STEVEN D. PEPE
                                                   UNITED STATES MAGISTRATE COURT JUDGE

Dated: 12/10/07